# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

KARINA ALEJANDRA KASER,

                    Defendant.

CASE NO. 16CR0367-LAB

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty; or

_X_ of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(iii);18:2 - Bringing in Aliens Without Presentation;

Aiding and Abetting

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 18, 2017

_____
Bernard G. Skomal
U.S. Magistrate Judge